GEELAN v. BAHR et al. (No. 7130.) (Supreme Court, Appellate Division, First Department. April 23, 1915.) Appeal from Trial Term, New York County. Action by John Geelan against Henry D. Bahr and another. From a judgment for plaintiff, and from an order denying a new trial, defendant Bahr appeals. Affirmed. Stephen P. Anderton, of New York

City, for appellant. Louis Steckler, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J. (dissenting). I think that the court erred in refusing to charge the jury "that, if the jury find that this accident happened entirely by reason of the fact that the left-hand horse shied and forced the wagon over against the car, then under the issues presented in this case their verdict must be for the defendant Bahr." I therefore dissent, and vote to reverse the judgment and order appealed from, and for a new trial as to the defendant Bahr.

SCOTT, J., concurs.